UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE K. WYNN,

    Plaintiff,

v.

Case No. 21-cv-10382
Hon. Matthew F. Leitman

COMMISSIONER OF
SOCIAL SECURITY

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that:

- Plaintiff's Motion for Summary Judgment is **GRANTED**;
- Defendant's Motion for Summary Judgment is **DENIED**; and
- This action is **REMANDED** to the Commissioner of Social Security for further administrative proceedings.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: September 22, 2022